UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

F I L E D
Clerk's Office
USDC, Mass.
Date 3/28/19
By _____ fe
Deputy Clerk

Michelle Lynne Kosilek – Plaintiff            )
                                              )
           v                                  ) CA no. 18-11838ADB
                                              )
Carol Mici                                    )
Successor Defendant                           )

## Motion To Reassign A Civil Action

Now comes the plaintiff in the above-referenced Civil Action and moves the Honorable Chief Judge to reassign this Civil Action to the Honorable Mark L. Wolf, District Judge (Senior Status), pursuant to the provisions of 28 USC 137. Paragraph two, for the reasons stated in plaintiff's Ex Parte letter to the court dated 2/27/2019.

                                  Respectfully Submitted

                                  *Michelle Lynne Kosilek*
                                  Michelle Lynne Kosilek  Pro Se*
                                  Box 43
                                  Norfolk, MA  02056

cc. Honorable Mark L. Wolff
    Honorable Allison D. Burroughs

## Certificate of Service

On or about March 26, 2019, plaintiff mailed a copy of this Motion to Jennifer M. Staples, counsel for the defendant, at 70 Franklin St., Suite 600, Boston, MA  02110-1327

*Michelle Lynne Kosilek*
Michelle Lynne Kosilek