UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE LYNNE KOSILEK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THOMAS A TURCO, III, )<br>)<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 1:18-cv-11838-ADB |

## ORDER

In view of the Order of Reference (Docket No. 31) entered in the above case, the Court requests that the parties notify the Court in writing, on or before the close of business on November 8, 2019, whether or not the parties consent to the reassignment of this case for all proceedings, including the entry of final judgment, to Magistrate Judge Donald L. Cabell pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Consent is entirely voluntary and no adverse or substantive consequence of any kind will redound to any attorney or party refusing consent. If a party consents, the attached form should be completed and filed with the court. If consent is not elected, the party shall file a letter indicating that fact.

                                                             / s / Donald L. Cabell
                                                             Donald L. Cabell
                                                             United States Magistrate Judge

DATED: October 24, 2019

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. |
| _____ | ) |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

   **IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.


Date: _____                             _____
                                                                                      *District Judge's signature*

                                                                         _____
                                                                                      *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.