UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-11838-ADB

MICHELLE LYNNE KOSILEK
        Plaintiff
  v.

THOMAS A. TURCO, III
        Defendant

### DEFENDANT'S STATUS REPORT

Defendant, through counsel, respectfully submits the following procedural history and status report pursuant to the Court Order dated January 22, 2020.

On August 27, 2018, plaintiff filed the instant matter pursuant to 42 U.S.C. § 1983, 28 U.S.C. § 2201, 2202, and C.F.R. § 92-206, 7, alleging violations of her constitutional rights under the Eighth and Fourteenth Amendments.  (Docket No. 1). Specifically, plaintiff's Complaint seeks declaratory and injunctive relief, requesting that this Court order defendant to immediately transfer plaintiff to MCI-Framingham, a female facility, and to have the defendant immediately order the contracted medical provider to schedule gender-affirming surgery for plaintiff.  (See, Complaint).  On February 11, 2019, defendant filed an Answer to plaintiff's Complaint. (Docket No. 26).  On April 23, 2019, plaintiff filed a Motion for Summary Judgment.  (Docket No. 34).  On May 9, 2019, defendant filed a Motion to Defer Consideration of Plaintiff's Motion for Summary Judgment.  (Docket No. 37).  That Motion is still pending.

On April 19, 2019, Deputy Commissioner Fallon and Deputy Commissioner Gaffney submitted a Security Review Report to Commissioner

Mici regarding the GD Treatment Committee's recommendation concerning Ms. Kosilek. On May 13, 2019, Commissioner Mici approved Ms. Kosilek's transfer to MCI-Framingham.

Ms. Kosilek was transferred to MCI-Framingham on September 9, 2019. At this time, she continues to do well at MCI-Framingham. There have been no issues between Ms. Kosilek and other inmates. Dr. James Thompson, Psychiatric Director and Neal Norcliffe, LICSW, Program Mental Health Director are scheduled to interview and assess Ms. Kosilek at 1:00pm on Monday, March 9, 2020. The assessment may result in a treatment recommendation which would then be reviewed by the Treatment Committee on March 20, 2020. A progress note, in writing, will be generated at that time. If a recommendation regarding treatment is made, however, that recommendation would be conveyed in a report format.

In light of the above, no discovery has taken place to date. Defendant anticipates filing a Motion to Dismiss or a Motion for Summary Judgment in this matter in the near future.

Dated: March 6, 2020

            Respectfully submitted,
            NANCY ANKERS WHITE
            Special Asst. Attorney General

            /s/ *Mary Eiro-Bartevyan*
            Mary Eiro-Bartevyan, BBO# 558970
            Department of Correction Legal Division
            70 Franklin Street, Suite 600
            Boston, Massachusetts 02110
            (617) 727-3300, Ext. 1115
            Mary.Bartevyan@DOC.state.ma.us

## CERTIFICATE OF SERVICE

    I, Mary Eiro-Bartevyan, counsel for defendant, hereby certify that on March 6, 2020, I served a copy of the forgoing document on the plaintiff, by first class mail, postage prepaid, to her address below, and on all other parties through the Court's electronic filing system (ECF).

Michelle Lynne Kosilek, <u>Pro</u> <u>Se</u><br>
99 Loring Drive<br>
Framingham, MA  01702

Dated: 3/6/2020                                          <u>/s/ *Mary Eiro-Bartevyan*</u><br>
                                                                  Mary Eiro-Bartevyan