UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-11838-ADB

MICHELLE LYNNE KOSILEK
    Plaintiff

v.

THOMAS A. TURCO, III
    Defendant

## DEFENDANT'S UPDATED STATUS REPORT

Defendant, through counsel, respectfully submits the following updated status report pursuant to the Court's Order dated April 29, 2020.

Since the defendant's last status report on March 6, 2020, the Gender Dysphoria Treatment Committee voted to move forward with gender confirmation surgery for Ms. Kosilek. DOC Health Services has been informed that it is the intent of Wellpath, the Department's independent medical provider, to refer Ms. Kosilek to Boston Medical Center (BMC) Transgender Health. Providers at BMH Transgender Health will make any further determinations based upon their clinical plan and the informed consent of Ms. Kosilek. It is unclear at this time what effect, if any, the COVID-19 pandemic will have regarding upcoming surgeries. Currently there is a waiting list for surgery of about twenty-two months. The Department has not yet received a formal report from the GD Treatment Committee. As of this date, Ms. Kosilek continues to be housed at MCI-Framingham and continues to do well at that facility.

With respect to Ms. Kosilek's allegations contained in her Motion for Clarification, the defendant is not aware of what, if any, conversations that Ms. Kosilek may have had with mental health providers who are employed by the Department's independent

1

medical provider Wellpath. However, Ms. Peterson adamantly denies that she ever instructed anyone not to provide Ms. Kosilek with relevant documents relating to her health and/or treatment recommendations.

In light of the above, no discovery has taken place to date. Defendant anticipates filing a Motion to Dismiss or a Motion for Summary Judgment in this matter in the near future.

Dated:  April 30, 2020

                                                Respectfully submitted,
                                                NANCY ANKERS WHITE
                                                Special Asst. Attorney General

                                                /s/ *Mary Eiro-Bartevyan*
                                                Mary Eiro-Bartevyan, BBO# 558970
                                                Department of Correction Legal Division
                                                70 Franklin Street, Suite 600
                                                Boston, Massachusetts 02110
                                                (617) 727-3300, Ext. 1115
                                                Mary.Bartevyan@DOC.state.ma.us

## CERTIFICATE OF SERVICE

I, Mary Eiro-Bartevyan, counsel for defendant, hereby certify that on April 30, 2020, I served a copy of the forgoing document on the plaintiff, by first class mail, postage prepaid, to her address below, and on all other parties through the Court's electronic filing system (ECF).

                                Michelle Lynne Kosilek, Pro Se
                                         99 Loring Drive
                                      Framingham, MA  01702

Dated: 4/30/2020                                               /s/ *Mary Eiro-Bartevyan*
                                                            Mary Eiro-Bartevyan