UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michelle Lynne Kosilek
    Plaintiff
        v.                                    Civil Action No. 18-11
Carol Mici
    Defendant

FILED IN CLERKS OFFICE 2020 JUL -8 PM 12:23 U.S. DISTRICT COURT DISTRICT OF MASS.

## PLAINTIFF'S EMERGENCY MOTION REGARDING FURTHER IRREGULARITIES

Now comes the plaintiff to inform the Honorable Court of the occurrence of bizarre behavior by an agent of the defendant, an employee of DOC Health Services who in two telephone calls — one initiated by her — identified herself as Victoria Channel.

After receiving the letter to Mitzi Peterson, Director of Behavioral Health (see attached, Exhibit I) Ms. Channel made a phone call to Attorney Richard Goldman, the friend who had written the letter in support of plaintiff's attempt to secure the referral to the Boston Medical Center surgeons that defendant's counsel had referenced in her Status Report of 4-30-20.

Ms. Channel was inquiring if Attorney Goldman actually

Kosilek
v
MICI
p2

existed and if he had sent the letter to Ms. Channel's colleague.

There was an inference made by Ms. Channel that she and her colleagues believed that the plaintiff had sent the letter and was making a false claim of representation by Attorney Goldman. This information was repeated when plaintiff asked Attorney Goldman to call back on 6-22-20.

This harassment immediately frightened plaintiff into believing that the defendant's "pattern of delay, deceit and denial of proper medical care by the defendant"[1] was alive and well, and had no intention of quitting any time soon. As it is now almost fourteen months since defendant agreed to stop opposing plaintiff's surgery, enough of these cruel and unnecessary delays have happened. Plaintiff believes that the actions of the employees of DOC Health Services plan to continue what appear to be unlawful involvement in plaintiff's medical care.

Plaintiff prays that the Honorable Court agrees.

Respectfully Submitted
Michelle Lynne Kosilek Pro-Se
Michelle Lynne Kosilek

Certificate of Service
This document was mailed to counsel for defendant on June 27, 2020 by First Class Mail
Michelle Lynne Kosilek

---

[1] Quote from Kosilek v Spencer 9-4-12