UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-11838-ADB

MICHELLE LYNNE KOSILEK
    Plaintiff

v.

THOMAS A. TURCO, III
    Defendant

## DEFENDANT'S STATUS REPORT

Defendant, through counsel, respectfully submits the following Status Report, pursuant to this Court's Order on November 15, 2021. In its Order, the Court requested an update of the status of the case.

Plaintiff's surgery was performed at Boston Medical Center on August 31, 2021. After a brief stay at the Lemuel Shattuck Hospital for post-surgical recovery, plaintiff was returned to MCI-Framingham where she is reported to be doing well.

Defendant will file a motion for summary judgment in this action on or before December 10, 2021.

Dated:  November 18, 2021

    Respectfully submitted,
    NANCY ANKERS WHITE
    Special Asst. Attorney General

    /s/ *Mary Eiro-Bartevyan*
    Mary Eiro-Bartevyan, BBO# 558970
    Department of Correction Legal Division
    70 Franklin Street, Suite 600
    Boston, Massachusetts 02110
    (617) 727-3300, Ext. 1115
    Mary.Bartevyan@DOC.state.ma.us

1

2

## CERTIFICATE OF SERVICE

      I, Mary Eiro-Bartevyan, counsel for defendant, hereby certify that on November 18, 2021, I served a copy of the forgoing document on the plaintiff, by first class mail, postage prepaid, to her address below, and on all other parties through the Court's electronic filing system (ECF).

Michelle Lynne Kosilek, Pro Se<br>
99 Loring Drive<br>
Framingham, MA  01702

Dated: 11/18/2021                  /s/ *Mary Eiro-Bartevyan*
                                                     Mary Eiro-Bartevyan