UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE KOSILEK,<br>   Plaintiff | )<br>)<br>) |
| v. | )  Civil Action No. 18-cv-11838 |
| CAROL MICI,<br>   Defendant | )<br>)<br>) |

### DEFENDANT CAROL MICI'S MOTION FOR SUMMARY JUDGMENT

Defendant Carol Mici respectfully moves this Honorable Court to enter summary judgment for her as to each count against her as alleged in plaintiff Michelle Kosilek's (hereinafter, "plaintiff" or "Kosilek") Complaint. As grounds therefor, defendant Mici states that she is entitled to judgment as a matter of law on each claim pursuant to Fed.R.Civ.P.56. In further support thereof, a Memorandum of Law in Support of this Motion is attached hereto as well as a separate Statement of Material Facts, and Affidavit of Mitzi Peterson.

WHEREFORE, defendant Mici respectfully requests this Court grant summary judgment for her as to all of plaintiff's claims and enter judgment in her favor.

        Respectfully submitted,
        Carol Mici,
        By her attorneys,

        NANCY ANKERS WHITE
        Special Assistant Attorney General
        /s/ *Mary Eiro-Bartevyan*
        Mary Eiro-Bartevyan, BBO No. 558970
        Department of Correction-Legal Division
        70 Franklin Street, Suite 600
        Boston, MA 02110-1300
        (617) 727-3300 x1115
        Mary.Bartevyan@doc.state.ma.us

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I further certify that true copies of the above documents were also served this date upon those parties not registered via the ECF system by mailing same via first class mail, postage pre-paid to:

Michelle Lynne Kosilek
99 Loring Drive
Framingham, MA 01702

Date: January 3, 2022                        /s/ *Mary Eiro-Bartevyan*
                                                       Mary Eiro-Bartevyan